IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | |
| ZHONG H. CHEN, | ) | |
| | ) | |
| Respondent. | ) | |

PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Petitioner, the United States of America, on behalf of its agency the Internal Revenue

Service, petitions the Court for an order enforcing the IRS administrative summons served on the

respondent, Zhong H. Chen (the summoned person).  In support, the United States avers as

follows:

1.      Jurisdiction over this matter is conferred upon the Court by 26 U.S.C. §§ 7402(b)

and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2.      Zhong H. Chen resides or may be found within the boundaries of the District of

Massachusetts.

3.      David McClung is a Revenue Agent of the Internal Revenue Service, employed in

the Small Business/Self Employed Division of the Office of the Area Director of

the Internal Revenue Service at 15 Sudbury Street, Boston, Massachusetts 02203-

0002.  *See* Ex. A.

4.      In his capacity as an IRS Revenue Agent, Mr. McClung is authorized to issue IRS

summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal

Revenue Service Delegation Order No. 4 (as revised).  *See* Ex. A.

5.      Revenue Agent McClung is conducting an examination of the tax liabilities of

Chu H. Ng and Zhong H. Chen for the taxable period ending December 31, 2008.

*See* Ex. A.

6.      As part of the above-described examination, on September 12, 2011, Revenue

Agent McClung issued, pursuant to 26 U.S.C. § 7602, a summons to Zhong H.

Chen (the "Summons"), directing him to appear before Revenue Agent McClung

on September 27, 2011, at 9:00 a.m. at the Internal Revenue Service, 15 Sudbury

Street, Boston, Massachusetts 02203-0002, to testify and produce for examination

the records described in the summons.  *See* Exs. A & B.

7.      Revenue Agent McClung served an attested copy of the September 12, 2011

summons on  Zhong H. Chen on September 12, 2011, by leaving it at his last and

usual place of abode, which is located at 26 Fairlawn Lane, Lexington,

Massachusetts 02420, pursuant to 26 U.S.C. § 7603(a).  *See* Exs. A & B.

8.      Zhong H. Chen appeared on September 27, 2011, but did not produce the

summonsed records.  Zhong H. Chen's failure to to comply with the September

12, 2011 summons continues to this date.  *See* Ex. A.

9.      The records sought by the summons are not in the possession of the Internal

Revenue Service.  *See* Ex. A.

10.     It is necessary to examine the summonsed records to properly determine the

federal tax liabilities of Chu H. Ng and Zhong H. Chen for the taxable period

ending December 31, 2008.  *See* Ex. A.

11.     The books, records, papers, and other data, relate to the liabilities under

examination, and might shed light on the correctness of the federal income tax

return filed by or on behalf of Chu H. Ng and Zhong H. Chen and their correct tax

liabilities.  *See* Ex. A.

12.     This petition seeks to enforce the September 12, 2011 Summons only to the

extent it requires the production of the records described therein.

13.     There is no "Justice Department referral," as that term is described in Section

7602(d)(2) of the Internal Revenue Code, in effect with respect to Chu H. Ng and

Zhong H. Chen for the year under examination.  *See* Ex. A

14.     All administrative steps required by the Internal Revenue Code for the issuance of

a summons have been taken.  *See* Ex. A.

WHEREFORE, petitioner, the United States of America, seeks the following relief:

A.      That this Court enter an order directing the respondent, Zhong H. Chen, to show

cause in writing, if any, why he should not comply with the Summons and

produce the summonsed records;

B.      That this Court enter an order directing the respondent, Zhong H. Chen, to obey

the Summons by producing the summonsed records to Revenue Agent David

McClung or any other proper agent or employee of the Internal Revenue Service,

at such time and place as may be fixed by Revenue Agent McClung or any other

proper agent or employee of the Internal Revenue Service;

C.      That the United States recover its costs in this action; and,

- 3 -

D.      That the Court grant such other and further relief as is just and proper.

KATHRYN KENEALLY
Assistant Attorney General
U.S. Department of Justice, Tax Division

 /s/ Nathan L. Strup
NATHAN L. STRUP
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6058/Fax: (202) 514-5238
Nathan.L.Strup@usdoj.gov